David C. Berg (DB-4089)
Attorneys for Plaintiff OnBoard LLC
425 Madison Avenue, 11th Floor
New York, New York 10017-1110
(212) 829-0400

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ONBOARD LLC,

                    Plaintiff,

        – against –

PROPERTYMAPS, INC.,

                    Defendant.
----------------------------------------------------------------X

Case No. 08 CIV 5449
(AKH) ECF CASE

STATEMENT PURSUANT TO
RULE 7.1

Pursuant to Fed. R. Civ. P. § 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff OnBoard LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated: June 13, 2008

                                                            /s/ David C. Berg
                                                            David C. Berg