## RETURN OF SERVICE

# UNITED STATES DISTRICT COURT
## District of New York

Index Number: 08-CIV-5449

Date Filed: 6/17/2008

Plaintiff:
**Onboard LLC**

vs.

Defendant:
**Propertymaps, Inc.**

For:
David C. Berg
Law Offices of David C. Berg
425 Madison Avenue
11th Floor
New York, NY 10017

Received by Bales Security Agency, Inc. on the 20th day of June, 2008 at 2:04 pm to be served on **Propertymaps, Inc, 325 Interstate Boulevard, Sarasota, FL 34240**.

I, Steven T. Zawacki, do hereby affirm that on the **23rd day of June, 2008** at **2:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and Verified Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Keith Hanenian as Registered Agent** for **Propertymaps, Inc**, at the address of: **64 Sarasota Center Blvd., Sarasota, FL**, and informed said person of the contents therein, in compliance with Florida Statute 48.081and 48.091.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Steven T. Zawacki
CPS#0284 - 12th Circuit

**Bales Security Agency, Inc.**
9700 Dr. Mlk Jr. Street N.
Suite 430
St. Petersburg, FL 33702
(800) 709-9101
Our Job Serial Number: 2008009577