AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

### APPEARANCE

Case Number: 08 civ 5449

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff OnBoard LLC, Inc. as a Member of The Law Offices of David C. Berg

In the Matter of:

OnBoard LLC v. PropertyMaps, Inc.

I certify that I am admitted to practice in this court.

7/8/08
Date

Signature

DAVID C. BERG       DB-4089
Print Name          Bar Number

425 MADISON AVE, 11th FL
Address

NY        NY        10017-1110
City      State     Zip Code

212 829 0400        212 829 9398
Phone Number        Fax Number