AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                    NEW YORK

**APPEARANCE**

Case Number:  08 civ 5449

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff OnBoard LLC, Inc. as an Associate of The Law Offices of David C. Berg

In the Matter of:

OnBoard LLC v. PropertyMaps, Inc.

I certify that I am admitted to practice in this court.

7/8/08
Date

Signature

BENJAMIN SUESS            BS-0354
Print Name                Bar Number

425 MADISON AVE, 11th FL
Address

NY             NY            10017-1110
City           State         Zip Code

212 829 0400              212 829 9398
Phone Number              Fax Number