# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 2008-CIV-5449(AKH)                                    Date Filed: 7/9/2008

Plaintiff:
**OnBoard, LLC**
vs.
Defendant:
**Property Maps, Inc.**

For:
David C. Berg
Law Offices of David C. Berg
425 Madison Avenue
11th Floor
New York, NY  10017

Received by Bales Security Agency, Inc. on the 10th day of July, 2008 at 1:39 pm to be served on **Property Maps, Inc., 325 Interstate Boulevard, Sarasota, FL 34240.**

I, Kelly Freeman, being duly sworn, depose and say that on the **10th day of July, 2008 at 3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Keith Hanenian** as **Registered Agent** for **Property Maps, Inc.**, at the alternate address of: **64 Sarasota Center Boulevard, Sarasota, FL 34240**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Server attempted at address given and this address was locked up. Located and served at address above.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Kelly Freeman
CPS#0286 - 12th Circuit

Subscribed and Sworn to before me on the 10th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

MARGARET L ZAWACKI
MY COMMISSION # DD 596538
EXPIRES: November 29, 2010
Bonded Thru Budget Notary Services

**Bales Security Agency, Inc.**
**9700 Dr. Mlk Jr. Street N.**
**Suite 430**
**St. Petersburg, FL  33702**
**(800) 709-9101**
Our Job Serial Number: 2008010418

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u