UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ONBOARD, LLC.,

                Plaintiff,

-against-

PROPERTY MAPS, INC.,

                Defendant.
-------------------------------------------------------------X

Case No. 08CIV5449

**MOTION TO DISMISS**
**COMPLAINT**

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of Paul M. Weidenbaum, sworn to on July 18, 2008, the Affidavit of J. Matthew Beck sworn to on July 10, 2008 and the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, defendant PropertyMaps, Inc. will move this Court before Honorable Alvin Hellerstein, United States District Judge, for an order pursuant to Rule FRCP 12(b) of the Federal Rules of Civil Procedure dismissing the complaint of plaintiff Onboard, LLC, for lack of personal jurisdiction over defendant PropertyMaps, Inc.

      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
       July 18, 2008

                                      Yours, etc.,

                                      GOETZ FITZPATRICK LLP

                                    By: _/s/ Paul M. Weidenbaum_
                                         Paul M. Weidenbaum, Esq.
                                    Attorneys for Defendant
                                    PropertyMaps, Inc.
                                    One Penn Plaza, Suite 4401
                                    New York, New York 10119
                                    (212) 695-8100

To:   David C. Berg, Esq.
         425 Madison Avenue, 11th Floor
         New York, New York 10017-1110

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

      Jessica Bejarano, being duly sworn, deposes and says, deponent is not a party to the action, is over the age of 18 years and resides in Kings County, New York and on the 18th of July, 2008, served the within **MOTION**, upon:

    David C. Berg, Esq.
    Attorney for Plaintiff
    425 Madison Avenue
    New York, New York 10017-1110

by depositing a true copy of same in a properly addressed, postpaid envelope in an official depository of the United States Post Office within the State of New York.

                                                        _____
                                                        JESSICA BEJARANO

Sworn to before me on this
18th day of July, 2008

_____
     Notary Public

W:\jBejarano\Paul\Onboard\AOS-motion to dismiss.wpd

**Joy Speights**
Notary Public, State of New York
No. 01SP6153113
Qualified in Richmond County
Commission Expires September 25, 2010