# LAW OFFICES OF DAVID C. BERG
### 425 MADISON AVENUE, 11TH FLOOR
### NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398



July 28, 2008

**By Facsimile: (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

*So ordered*
*7-28-08*
*[signature]*

Re: *OnBoard LLC v. PropertyMaps, Inc.*
Case No. 08 cv 5449 (AKH)

Dear Judge Hellerstein:

We are counsel to OnBoard LLC ("OnBoard"), plaintiff in the above referenced action, and respectfully submit this request to extend by two (2) weeks OnBoard's time to submit its opposition to PropertyMaps' Motion to Dismiss to Thursday, August 14, 2008.

The original date for OnBoard to submit its opposition to the Motion to Dismiss, as per our letter to Your Honor dated July 22, 2008, is Thursday, July 31, 2008. This is OnBoard's first request for an extension, which counsel for PropertyMaps has consented to as set forth below. No other dates have been scheduled in this matter.

Of course, we remain available should the Court have any questions or comments with regard to the foregoing.

Respectfully,

[signature]

Benjamin Suess



Honorable Alvin K. Hellerstein
July 28, 2008
Page 2 of 2

Agreed and accepted:

Goetz Fitzpatrick LLP
Attorneys for PropertyMaps, Inc.

By: _____
Paul Weidenbaum, Esq.

SO ORDERED

Dated: Hon. Alvin K. Hellerstein

BWS:ms

cc: Paul Weidenbaum, Esq.