# LAW OFFICES OF DAVID C. BERG
### 425 MADISON AVENUE, 11TH FLOOR
### NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398



July 22, 2008

**By Facsimile: (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

      Re:   *OnBoard LLC v. PropertyMaps, Inc.*
             Case No. 08 cv 5449 (AKH)

Dear Judge Hellerstein:

     We are counsel to OnBoard LLC ("OnBoard"), plaintiff in the above referenced action, and respectfully submit this request jointly with counsel for defendant PropertyMaps, Inc. ("PropertyMaps").

     As we have been informed, some time around 5:00 p.m. on Friday, July 18, 2008, PropertyMaps attempted to file with ECF a "Notice of Motion for Summary Judgment", but a technical failure prevented the complete document from being uploaded. As a result, at that time PropertyMaps filed a bare "Notice of Motion for Summary Judgment" without accompanying affidavits or memorandum of law. Since the ECF Clerk had already closed its offices, PropertyMaps could not rectify the matter until Monday, July 21, 2008, when it filed its Motion to Dismiss with affidavits and memorandum of law with ECF. ECF, however, has not removed the July 18, 2008 "Notice of Motion for Summary Judgment" from the docket sheet.

     Accordingly, in order to avoid any confusion going forward, counsel for the parties respectfully request that the Court "So Order" this letter memorializing the undersigned counsels' agreement to set Thursday, July 31, 2008, which is ten (10) days from service of the Motion to Dismiss pursuant to Local Rule 6.1(b), as the date for OnBoard to submit its opposition and/or cross-move against PropertyMaps' Motion to Dismiss.

Honorable Alvin K. Hellerstein
July 22, 2008
Page 2 of 2

    Of course, we remain available should the Court have any questions or comments with regard to the foregoing.

                                  Respectfully,

                                  Benjamin Suess

Agreed and accepted:

Goetz Fitzpatrick LLP
Attorneys for PropertyMaps, Inc.

By: _____
Paul Weidenbaum, Esq.

                              SO ORDERED 7/29/08

Dated:                        Hon. Alvin K. Hellerstein

BWS:ms

cc: Paul Weidenbaum, Esq.