# LAW OFFICES OF DAVID C. BERG
425 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398



August 11, 2008

**By Facsimile: (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007



Re: *OnBoard LLC v. PropertyMaps, Inc.*
Case No. 08 cv 5449 (AKH) (ECF Case)

Dear Judge Hellerstein:

We are counsel to OnBoard LLC ("OnBoard"), plaintiff in the above referenced action, and respectfully submit this request to extend OnBoard's time to submit its opposition to PropertyMaps' Motion to Dismiss to Wednesday, September 3, 2008.

The original date for OnBoard to submit its opposition to the Motion to Dismiss, as per our letter to Your Honor dated July 22, 2008, was Thursday, July 31, 2008. This is OnBoard's second request for an extension, which counsel for PropertyMaps has consented to as set forth below. On July 28, 2008, Your Honor previously granted OnBoard's first request, which extended OnBoard's time to submit its opposition to Thursday, August 14, 2008. No other dates have been scheduled in this matter.

Of course, we remain available should the Court have any questions or comments with regard to the foregoing.

Respectfully,

Benjamin Suess

Honorable Alvin K. Hellerstein
August 11, 2008
Page 2 of 2

Agreed and accepted:

Goetz Fitzpatrick LLP
Attorneys for PropertyMaps, Inc.

By: /s/ Paul M. Weidenbaum
Paul Weidenbaum, Esq.

SO ORDERED 8-11-08

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein

Dated:

BWS:ms

cc: Paul Weidenbaum, Esq.